JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMANDO A. MARROQUIN CARPIO, <br> Petitioner, <br> v. <br> DEPARTMENT OF HOMELAND SECURITY, <br> Respondent. | No. EDCV 19-1556-DDP (AGR) <br><br> **JUDGMENT** |

Pursuant to the Order Summarily Dismissing Petition for Writ of Habeas Corpus, IT IS ADJUDGED that the Petition is dismissed as moot.

DATED: March 13, 2020

_____
DEAN D. PREGERSON
United States District Judge